IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA A. SHEELER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Number |
| | ) | **2:06-cv-00013-RRA** |
| O'CARRS MANAGEMENT | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

CONSOLIDATED WITH

| | | |
|---|---|---|
| O'CARRS MANAGEMENT | ) | |
| CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Number |
| | ) | **2:06-cv-00306-RRA** |
| PATRICIA SHEELER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**Memorandum Opinion**

The magistrate judge issued an Order (Doc. 20) on March 28, 2006, recommending that the "Motion to Compel Arbitration and for Stay Pending Arbitration" (Doc. 10) be GRANTED. The Order was later changed to a Report and Recommendation. (Doc. 26.) The magistrate judge recommended that the issues in CV-06-RRA-0013-S be REFERRED to arbitration pursuant to the terms of the arbitration agreement entered into by the Parties, and that the case be STAYED pending the decision of the arbitrator. Objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation ACCEPTED. An appropriate order will be entered separately.

Done the 5th day of May, 2006.

_____
U.W. Clemon
Chief United States District Judge